IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:23-cv-02259

Judge Sara L. Ellis

Magistrate Judge Susan E. Cox

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 145 | Joefnel |
| 5 | oritd75 |
| 6 | shahar.ratzon2012 |
| 7 | shozy_store |
| 31 | Damex |
| 23 | BLYIUKR |
| 70 | OPDD |
| 157 | MAEIKOO Co.Ltd |
| 105 | YBSTORE |
| 9 | wonderful-tech |
| 189 | Yileshang Co, Ltd |
| 190 | YinFeng Co, Ltd |
| 72 | Peak Fits |
| 191 | YuejiaGongcheng Co, Ltd |
| 58 | LUOXI STORE |
| 104 | yaoweishangmao0828 |
| 116 | Booyoo |
| 124 | Fearlessin |
| 131 | Gratying |
| 168 | seronyiar |
| 62 | Mi Mi Shop |

| | |
|---|---|
| 39 | GPA-US |
| 73 | PEQUANO-US |
| 38 | Good luck outdoor goods |
| 142 | JAYSON |
| 15 | Yiwu Yanjia Electronic Commerce |
| 24 | Brebon |
| 95 | WanSW1990 |
| 174 | Shenzhenshi Xiangmei gongyinglian youxiangongsi |
| 50 | KARCEEY |
| 65 | mir.panda |

DATED: June 11, 2023      Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 11, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt