IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WHAM-O HOLDING, LTD.**; *and* **INTERSPORT CORP.** *doing business as* **WHAM-O**,<br><br>Plaintiff,<br><br>~ against ~<br><br>**THE PARTNERSHIPS** *and* **UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**,<br><br>Defendants, | Case No.: **1:23-cv-02259**<br><br>**District Judge:** The Honorable Sara L. Ellis<br><br>**Magistrate Judge:** The Honorable Susan E. Cox |

## CERTIFICATE OF COMPLIANCE

Please be advised that pursuant to the "Courtesy Copies" rules of District Judge Ellis' part rules (See https://www.ilnd.uscourts.gov/PrintContent.aspx?cmpid=812) on September 19, 2023 we submitted hard copies of the just-filed Motion to Dismiss (ECF 68-70) to Chambers with tabs for the Exhibits.

RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com
*Counsel for Electrician Guy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2023, simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:

**Adam Grodman, Esq.**
JIANGIP LLC
33 West Jackson Blvd., Unit #2W
Chicago, IL 60604
(312) 857-8077
Email: AGrodman@JiangIP.com
*Counsel for Plaintiffs*

**Yi Bu, Esq.**
JIANGIP LLC
33 West Jackson Blvd., Unit #2W
Chicago, IL 60604
(262) 729-3628
Email: YBu@JiangIP.com
*Counsel for Plaintiffs*

**Cameron Eugene Mcintyre, Esq.**
JIANGIP LLC
33 West Jackson Blvd., Unit #2W
Chicago, IL 60604
(312) 373-0913
Email: CMcintyre@JiangIP.com
*Counsel for Plaintiffs*

**Keith A. Vogt, Esq.**
KEITH VOGT, LTD.
33 West Jackson Blvd., Unit #2W
Chicago, IL 60604
(312) 971-6752
E-mail: Keith@vogtip.com
*Counsel for Plaintiffs*

**Yanling Jiang, Esq.**
33 West Jackson Blvd., Unit #2W
Chicago, IL 60604
(630) 733-9483
Email: Yanling@JiangIP.com
*Counsel for Plaintiffs*

**Zheng Gong, Esq.**
SHINYRISE PLLC
1 East Erie Street, Suite 525-5203
Chicago, IL 60611
(202) 818-8086
E-mail: Zheng.Gong@shinyrise.com
*Counsel for Defendant bettermaster*

**Bole Yuan, Esq.**
LAW OFFICE OF BOLE YUAN, ESQ.
204 South 3rd Street
Philadelphia, PA 19106
(215) 901-8324
Email: StevenYuan@lawfvictor-IP.com
*Counsel for Defendants Ashley Choice, ShineSun*


**Michael Thomas Stanley**
FORD BANISTER LLC
305 Broadway, Floor 7
New York, NY 10007
(312) 561-4408
Email: Michael@MichaelStanley.com
*Counsel for BDH Co. Ltd., Jxzom Fashion, Lamuusaa, liaochengdemengwangluokejiyouxiangongs, Shenzhenshi Qianliyuan Dianzishangwu Co.,Limited*


**Adam Edward Urbanzcyk, Esq.**
AU LLC
444 West Lake Street, 17th Floor
Chicago, IL 60606
(312) 715-7312
Email: AdamU@au-LLC.com
*Counsel for Defendant High quality mall*


*Full Distribution List:*
AGrodman@JiangIP.com
CMcintyre@JiangIP.com
Yanling@JiangIP.com
YBu@JiangIP.com
Keith@vogtip.com
Zheng.Gong@shinyrise.com
StevenYuan@lawfvictor-IP.com
Michael@MichaelStanley.com
AdamU@au-LLC.com